**United States Bankruptcy Court**
**Northern District of Mississippi**

**IN RE:**                                                                                           Case No. **1:13-bk-10976**

**Allen, Laquntolyn**                                                                                Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Debtor's Certification and Motion for Entry of Chapter 13 Discharge**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this ___**5th**___ day of _____**October**_____ , __**2018**__ .

*/s/ Karen B Schneller*
**Karen B Schneller 6558**
**North Mississippi Bankruptcy Group**
**P.O. Box 417**
**Holly Springs, MS  38635**
**(662) 252-3224  Fax: (662) 252-2858**
**karen.schneller@gmail.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Bank Of Holly Springs**<br>**PO Box 250**<br>**Holly Springs, MS  38635-0250** | **Central Mississippi Credit Corp**<br>**C/O Charles H. Keeton, Esq.**<br>**115 Builders Square Dr**<br>**Brandon, MS  39047-4622** | **Central Mississippi Credit Corp**<br>**PO Box 790**<br>**Brandon, MS  39043-0790** |
| **Credit Protection Association**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240-6837** | **Gmac Mortgage**<br>**PO Box 4622**<br>**Waterloo, IA  50704-4622** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101** |
| **John C. Underwood, Jr., Esq.**<br>**Underwood Law Firm, PLLC**<br>**340 Edgewood Terrace Dr**<br>**Jackson, MS  39206-6216** | **Mississippi Department Of Revenue**<br>**Bankruptcy Division**<br>**P.O. Box 22808**<br>**Jackson, MS  39225** | **Office Of U.S. Trustee**<br>**501 E Court St Ste 6-430**<br>**Jackson, MS  39201-5027** |
| **Pamela B. King, Esq.**<br>**Underwood Law Firm, PLLC**<br>**340 Edgewood Terrace Dr**<br>**Jackson, MS  39206-6216** | **Quantum3 Group, LLC**<br>**As Agent For Galaxy Portfolios, LLC**<br>**PO Box 788**<br>**Kirkland, WA  98083-0788** | **Regional Acceptance Corporation**<br>**1351 E. Bardin Rd. #251**<br>**Arlington, TX  76018** |
| **Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | **U.S. Department Of Education**<br>**PO Box 530260**<br>**Atlanta, GA  30353-0260** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only